UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD WESLEY BRYAN,<br><br>                Petitioner,<br><br>    v.<br><br>PATRICK GLEBE,<br><br>                Responden t. | CASE NO. 16-cv-05092 RBL<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation.

(2) The petition filed in this matter is a second or successive petition, and it is referred to the Ninth Circuit. The file shall be administratively closed without deciding whether the petition should be dismissed.

**DATED** this 17th day of May, 2016.

Ronald B. Leighton
United States District Judge

ORDER - 1